IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIAM KENNEY, | ) | |
| | ) | |
|     Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | |
| BRIGGS & STRATTON CORPORATION, | ) | |
| D/B/A TROY - BILT, LLC, TROY - BILT, | ) | |
| LLC, AND LOWE'S HOME CENTERS, | ) | |
| LLC | ) | |
| | ) | |
|     Defendants. | ) | |

## PETITION FOR REMOVAL

COMES NOW Defendants Briggs & Stratton Corporation, Troy-Built, LLC and Lowe's Home Centers, LLC (hereinafter "Defendants") and hereby files this Petition for Removal, pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446 et seq., and shows this Court the following:

**1.**

The present action was commenced by the Plaintiff in the State Court of Richmond County.  The suit is identified as <u>William Kenney v. Briggs & Stratton Corporation, d/b/a Troy-Bilt, LLC, Troy-Bilt, LLC, and Lowe's Home Centers, LLC,</u> State Court of Richmond County, Civil Action File No. 2016-RCSC-00678.

**2.**

The Complaint was the initial pleading setting forth the claim for relief upon which this action is based.  (A true and correct copy of the Plaintiff's Summons, Complaint, Defendants' Answers and Defendants' Notice of Removal are attached hereto as **Exhibit "A"**).  The earliest knowledge and first notice by Defendants, or their agents, of Plaintiff's Complaint was June 15, 2016.

**3.**

The filing of this Petition for Removal is timely in that it has been filed within thirty (30) days of the date of the Defendants' first receiving notice of Plaintiff's Complaint.

**4.**

This action is of a civil nature.  The substance of Plaintiff's Complaint is that Defendants negligently designed, manufactured, marketed and sold a Troy-Bilt #020489 model pressure washer, which later malfunctioned and injured Plaintiff.

**5.**

Plaintiff is seeking damages for "significant past, present and future physical and mental pain and suffering as well as extensive special damages."  (Complaint, ¶¶ 18, 29, 40).  Plaintiff's "severe injuries" have already caused him to incur $36,000.00 in

medical expenses.  (Complaint, ¶ 8).  The amount in controversy clearly exceeds the minimum requisite value of $75,000, as set forth in 28 USC § 1332(a).

### 6.

Upon information and belief, Plaintiff is a citizen of the State of Georgia.

### 7.

Defendant Briggs & Stratton Corporation is a Wisconsin Corporation. Therefore, for purposes of diversity jurisdiction, Defendant Briggs & Stratton Corporation is a citizen of Wisconsin.

### 8.

Defendant Troy-Bilt, LCC is an Ohio limited liability company with its principal place of business in Ohio.  Defendant Troy-Bilt, LLC's sole member is MTD Service, Inc., an Ohio corporation with its principal place of business also in Ohio.  Therefore, for purposes of diversity jurisdiction, Defendant Troy-Bilt, LLC is a citizen of Ohio.

### 9.

Defendant Lowe's Home Centers, LLC is a North Carolina limited liability company, and its sole member is Lowe's Companies, Inc., which is a North Carolina corporation.  Therefore, for purposes of diversity jurisdiction, Defendant Lowe's Home Centers, LLC is a citizen of North Carolina.

**10.**

There exists complete diversity among the parties who are presently before the Court as required under 28 U.S.C. § 1441(b).

**11.**

This Court has jurisdiction under 28 U.S.C. §§ 1332(a) and 1441(b) and, therefore, this action is one which may be removed to this Court by the Defendants, pursuant to the provisions of said statutes, in that it is a civil action in which the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is an action between citizens of different states.

WHEREFORE, Defendants Briggs & Stratton Corporation, Troy-Built, LLC and Lowe's Home Centers, LLC, the named Defendants in the action described hereinabove which is currently pending in the State Court of Richmond County, State of Georgia, Civil Action File No. 2016-RCSC-00678, pray that this action be removed therefrom to this Court.

***Signatures Commence on Following Page***

Respectfully submitted this 14th day of July, 2016.

**HAWKINS PARNELL**
**THACKSTON & YOUNG** [LLP]


*/s/ David C. Marshall*
David C. Marshall
Georgia Bar No. 471512

*Counsel for Defendants*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500
E-mail:  dmarshall@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIAM KENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | |
| BRIGGS & STRATTON CORPORATION, | ) | |
| D/B/A TROY - BILT, LLC, TROY - BILT, | ) | |
| LLC, AND LOWE'S HOME CENTERS, | ) | |
| LLC | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the within and foregoing **PETITION FOR REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record, listed below, who are registered participants in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF System and by depositing same in the United States with sufficient postage affixed thereon and addressed as follows:

William G. Hammill, Esq.
Kenneth S. Nugent, P.C.
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, Georgia 30096


This 14th day of July, 2016.

**HAWKINS PARNELL
THACKSTON & YOUNG** LLP

*/s/ David C. Marshall*
David C. Marshall

*Counsel for Defendants*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500
E-mail: dmarshall@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIAM KENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | |
| BRIGGS & STRATTON CORPORATION, | ) | |
| D/B/A TROY - BILT, LLC, TROY - BILT, | ) | |
| LLC, AND LOWE'S HOME CENTERS, | ) | |
| LLC | ) | |
| | ) | |
| Defendants. | ) | |

## LR 7.1(D), NDGa. CERTIFICATE

I, David C. Marshall, hereby certify that the foregoing **PETITION FOR REMOVAL** has been prepared with one of the font and point selections approved by the Court in LR 5.1, NDGa

This, the 14th day of July, 2016.

HAWKINS PARNELL
THACKSTON & YOUNG LLP

*/s/ David C. Marshall*
David C. Marshall

*Counsel for Defendants*

8

303 Peachtree Street, N.E.
Suite 4000
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500
E-mail: dmarshall@hptylaw.com

iManage 11375179v.1